No. 16,882.

DENVER INDUSTRIAL BANK *v.* OWEN ET AL.
(255 P. [2d] 408)

Decided March 23, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. IRELAND, IRELAND, STAPLETON & PRYOR, for plaintiff in error.

Mr. RICHARD D. HALL, Mr. FRANK HAYS, JR., Mr. JOHN W. PATTERSON, for defendants in error.